# Notice Recipients

District/Off: 0974–3            User: Admin.            Date Created: 1/2/2026
Case: 25–04064–JBM13            Form ID: pdfO2          Total: 3

**Recipients of Notice of Electronic Filing:**
tr   Michael Koch      mkoch@ch13.sdcoxmail.com
aty  Ahren A. Tiller   ahren.tiller@blc–sd.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Mario Cesar Rodriguez   341 Suzuki Drive   Oceanside, CA 92058

TOTAL: 1